IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------X
BARION BERMEO,

                     Plaintiff,

                                                   23-CV-14114 (KM) (JBC)
   -against-

GC LEADER CONSTRUCTION CORP. and
GRZEGORZ CZYZEWSKI, individually

                     Defendants.
------------------------------------------------------------X

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

    Pursuant to F.R.C.P.(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Barion Bermeo, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against GC Leader Construction Corp. and Grzegorz Czyzewski.

Dated: November 7, 2023
       New York, New York

                                                       **THE LAW OFFICES OF JACOB ARONAUER**

                                                       By: */s Jacob Aronauer*
                                                             250 Broadway Suite 600
                                                             New York, NY 10007
                                                             *Attorney for Plaintiff*

                                                          **So ORDERED on 11/21/2023:**

                                                         **JULIEN XAVIER NEALS**
                                                         **United States District Judge**